Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

25-2211

Joshua Chronicles

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Loyola University New Orleans et al

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. SECT. I MAG 5
(to be filled in by the Clerk's Office)

Jury Trial: _(check one)_  ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name       JOSHUA CHRONICLES

Address    6324 CHEF MENTEUR HWY APT 209
           NEW ORLEANS    LA    70126
           *City*          *State*    *Zip Code*

County
Telephone Number    325-280-3240
E-Mail Address      jmchroni @ my. loyno. edu

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                     LOYOLA UNIVERSITY NEW ORLEANS et al

Job or Title *(if known)*

Address                  6363 SAINT CHARLES AVE
                         NEW ORLEANS    LA    70118
                         *City*          *State*    *Zip Code*

County
Telephone Number    504 865 3240
E-Mail Address *(if known)*    cole @ loyno. edu

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

                         _____    _____    _____
                         *City*          *State*    *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Page 2 of 6

Defendant No. 3

Name

Job or Title *(if known)*

Address

| City | State | Zip Code |
|------|-------|----------|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| City | State | Zip Code |
|------|-------|----------|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

---

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

LOYOLA UNIVERSITY NEW ORLEANS

B.      What date and approximate time did the events giving rise to your claim(s) occur?

Over my tenure their from orientation 2023

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was sexually harassed by multiple professors. racial slurs were used against me telling me I shouldn't be a lawyer and I don't belong there and I because I am not white like them. physical attacks by professors.
Fake dossier being created about me about a purported fictitious character to ruin my credibility

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

severe emotional distress
humiliation and loss of dignity
sleep disturbances
fear and loss of sense of safety
loss of enjoyment of life
post traumatic stress symptoms
physical manifestation of stress
decline in academic performance
interference with studies and career advancement

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Immediate TRO preventing Loyola University New Orleans from enforcing the one-year suspension effective October 28, 2025

2. Permission to attend classes, access campus, and complete remaining five months of study pending full review

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _October 29, 2025_

Signature of Plaintiff    _Joshua Chronicles_

Printed Name of Plaintiff    _JOSHUA CHRONICLES_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Joshua Chronicles, Plaintiff (Pro Se)

v.

Loyola University New Orleans, et al., Defendants

Case No.: _____

# 1. Complaint (Civil Rights / Federal)

## Introduction

1. I, Joshua Chronicles, am a third-year law student at Loyola University New Orleans, with only five months remaining to complete my degree.

2. On or about October 17, 2025, an administrative hearing was convened regarding an alleged incident.

3. The university issued a one-year disciplinary suspension, effective October 28, 2025, citing multiple alleged violations.

4. I allege the suspension is grossly disproportionate, procedurally flawed, and motivated by racial, religious, and gender bias.

5. I have filed a Title VI complaint with the U.S. Department of Education, Office for Civil Rights (OCR), regarding discrimination, retaliation, and reprisal.

## Jurisdiction & Venue

- Jurisdiction arises under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 1983, and the Due Process Clause of the U.S. Constitution.

- Venue is proper in this district because the events and alleged violations occurred at Loyola University New Orleans, located in this district.

## Facts

1. On or about October 17, 2025, the university held an administrative hearing.

2. I was found responsible for multiple alleged violations and assigned a one-year suspension, despite being five months from graduation.

3. The suspension letter, dated October 28, 2025, cites:

   - Abusive Conduct

   - Disruptive Conduct

   - Computer and Internet Use

   - Discrimination and Harassment Policy

   - Failure to Comply with Administrative Instructions

4. The sanctions include mandatory mental health evaluation and behavioral mandates, which I completed with no findings. The university has ignored this evidence.

5. Only one of two hearing officers signed the outcome letter, violating university procedures and creating serious procedural irregularities.

6. I previously filed complaints regarding racial slurs, harassment, and sexual harassment, after which the university took retaliatory and punitive action against me.

6. After raising complaints about racial slurs, harassment, and sexual harassment, the university targeted me with disproportionate sanctions, an attempt to silence and retaliate against me for exercising protected rights.

7. The actions of the university demonstrate white supremacy, racial discrimination, and retaliatory animus, creating a hostile environment that interferes with my education and violates federal law.

## Claims for Relief:

1. Title VI Violation – discrimination based on race and religion.

2. Title IX Violation – retaliation for reporting racial and sexual harassment.

3. Due Process Violation – procedural errors in hearing and failure to afford proper notice and opportunity to respond.

4. Disproportionate Sanctions – suspension threatens graduation and professional harm.

5. Retaliation / Reprisal – the university punished me for exercising civil rights, filing complaints, and reporting harassment, in violation of federal law.

## Prayer for Relief:

- Immediate temporary restraining order (TRO) halting enforcement of suspension.

- Preliminary and permanent injunction preventing disciplinary enforcement until resolution.

- Relief for reprisal, retaliation, and civil rights violations.

- Any other relief the Court deems just and proper.

## 2. Motion for Temporary Restraining Order (TRO)

**Plaintiff requests:**

1. Immediate TRO preventing Loyola University New Orleans from enforcing the one-year suspension, effective October 28, 2025.
2. Permission to attend classes, access campus, and complete remaining five months of study pending full review.

**Grounds:**

- **Irreparable Harm:** Suspension prevents graduation and potentially harms future career opportunities.
- **Likelihood of Success:** Evidence of procedural errors, racial/religious retaliation, and OCR complaints supports claims.
- **Balance of Hardships:** Plaintiff's harm outweighs any inconvenience to the university.
- **Public Interest:** Protecting students' civil rights and enforcing fair procedural treatment.

**Supporting Evidence:**

- Suspension letter and hearing outcome (Oct 28, 2025)
- Emails with Student Conduct Office and OCR confirmation
- Timeline of enrollment and graduation requirements
- Documentation of procedural irregularities and retaliatory acts

**3. Affidavit / Declaration**

I, Joshua Chronicles, declare under penalty of perjury:

1.  I am the Plaintiff and a student at Loyola University New Orleans.

2.  Enforcement of the one-year suspension starting October 28, 2025, will cause irreparable harm, including delayed graduation, loss of academic credit, and career consequences.

3.  I have filed a Title VI complaint with OCR regarding racial, religious, and gender-based discrimination and retaliation.

4.  I have submitted emergency letters to the university's Office of General Counsel, but no relief has been granted.

5.  I respectfully request an immediate TRO to halt the suspension while the Court reviews my claims.

Executed on: _October 29, 2025_

Signature: _Joshua Chronicles_