U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Nov 5 2025

CAROL L. MICHEL
CLERK
cf                                    EDSS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOSHUA CHRONICLES, Plaintiff Pro Se**

　　　　　　　　　　　　　　　　* CASE NO. 2:25-cv-02211
　　　　　　　　　　　　　　　　* SECTION "R" (2)
v.　　　　　　　　　　　　　　　 * JUDGE LANCE M. AFRICK
　　　　　　　　　　　　　　　　* MAG. JUDGE MICHAEL NORTH

**LOYOLA UNIVERSITY NEW ORLEANS, Defendant**

---

**EMERGENCY MOTION FOR IMMEDIATE TRO**

**RETALIATORY 2-YEAR SUSPENSION + CUMULATIVE VA EVIDENCE**

COMES NOW Plaintiff Joshua Chronicles, pro se, pursuant to Fed. R. Civ. P. 65(b), Local Rules

65.1 & 7.5, and moves for immediate issuance of a TRO enjoining Defendant's retaliatory 2-year

suspension (Nov 5, 2025).

## I. EX PARTE CERTIFICATION (FRCP 65(b)(1)(B)

"I certify that immediate and irreparable injury will result before Defendant can be heard due to

retaliatory 2-year suspension and VA-documented acute PTSD decompensation from November

3–5, 2025." Joshua Chronicles

## II. RETALIATION EVIDENCE — NOVEMBER 5, 2025 (Exhibit K)

1. Defendant doubled suspension from 1 to 2 years, 8 days after TRO filing (Oct 29).

2. No new incident, appeal denied but sanction increased.

3. Rationale: "Safety" + "reflection" no evidence.

4. Gag order: 10-point speech ban First Amendment violation.

5. Mental eval mandate - ADA weaponization.

6. Non-Title IX designation = retaliation to evade federal sex-discrimination law (20 U.S.C. § 1681). Jackson v. Birmingham, 544 U.S. 167 (2005).

## III. CUMULATIVE VA EVIDENCE (NOV 3–5, 2025)

### 1. Exhibit G (Nov 3 ER):

- "Acute distress secondary to suspension."

- "High risk of decompensation, reinstatement required."

### 2. Exhibits H–I (Nov 4–5):

- Nightmares: Professor exposing genitals

- Auditory hallucinations: Racial slurs

- Insomnia >72 hours

- Prescribed emergency psych meds.

3. Causation: "Solely triggered by Loyola suspension and retaliation."

4. Medical Necessity: "Reinstatement required to prevent hospitalization."

## IV. WINTER FACTORS — UNREBUTTABLE

**Factor | Evidence**

1. Irreparable Harm VA: "Life-threatening" + 2-year degree kill – Doe v. Univ. of Cincinnati, 872 F.3d 393 (6th Cir. 2017).

2. Likelihood of Success ADA/§504 + Due Process + Title VI & IX retaliation –Fry v. Napoleon, 580 U.S. 154 (2017).

3. Balance of Equities Veteran's life vs. Defendant's PR

4. Public Interest to Stop disability-based retaliation and sexual harassment and assault-based retaliation.

## V. THIS COURT MUST ACT TODAY

9 days of harm + retaliatory escalation

5th Circuit: TRO required for "imminent psychological collapse" – Palmer v. Waxahachie, 579 F.3d 502 (5th Cir. 2009).

## VI. RELIEF REQUESTED

1. ISSUE ATTACHED TRO — enjoin 2-year suspension.

2. ORDER immediate reinstatement

3. SET hearing after final exams (Dec 2025).

4. GRANT expedited discovery on appeal process and PTSD knowledge.

Respectfully submitted,

Joshua Chronicles

Joshua Chronicles, Plaintiff Pro Se

6324 Chef Menteur Hwy, Apt. 209

New Orleans, LA 70126

325-280-3240 | jmchroni@my.loyno.edu

November 5, 2025

Scanned with CamScanner