UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION I** |

## ORDER AND REASONS

Before the Court are nine motions[1] filed by *pro se* plaintiff Joshua Chronicles ("plaintiff"). These include: (1) a motion[2] for ADA/Rehabilitation Act Accommodations and Request to File Medical Documentation Under Seal; (2) a motion[3] to seal prior and future medical, disability, and VA-related filings; (3) an emergency omnibus motion[4] for forensic imaging preservation of electronic evidence, protection against further unauthorized access, restoration of account access, and anti-spoilation, relief pending preliminary injunction; (4) a motion[5] for clarification, production of governing policies, and entry of a limited preservation order; (5) a motion[6] for clarification of procedural requirements and request for guidance regarding required filings; (6) a motion[7] for limited, targeted discovery regarding records disclosed without FERPA-complaint consent; (7) a motion[8] for evidence protection and

---

[1] *See* R. Doc. Nos. 17, 20, 21, 22, 23, 24, 25, 30, 31.
[2] R. Doc. No. 17.
[3] R. Doc. No. 20.
[4] R. Doc. No. 21.
[5] R. Doc. No. 22.
[6] R. Doc. No. 23.
[7] R. Doc. No. 24.
[8] R. Doc. No. 25.

sanctions against defendant Loyola University New Orleans ("defendant"); (8) a motion[9] to enforce or confirm status of U.S. Marshal Service under Rule 4(c)(3) and request for notice of return of executed service; and (9) a motion[10] for a Rule 16 scheduling conference and limited case management order contingent on completion of service of process.

As other orders in this case have noted,[11] and as plaintiff himself concedes,[12] defendant has not yet been served in this matter and it has not yet entered an appearance. Consequently, plaintiff's motions are premature. Proof of service will appear on the docket once service is effectuated by the U.S. Marshals Service.[13] Plaintiff may refile appropriate motions at that time.

With respect to his motions requesting that all prior medical filings be sealed, plaintiff has not identified which filings or portions thereof he wishes to be filed under seal.[14] The Court cannot meaningfully "review each document to decide which contain sufficient personal information to outweigh any public interest in sealing what is

---

[9] R. Doc. No. 30.
[10] R. Doc. No. 31.
[11] *See* R. Doc. No. 28 (denying plaintiff's motion to compel initial disclosures under Rule 26(a)(1) and to set a limited discovery schedule as premature because "Defendant has not yet been served, nor has it made an appearance"); *see also* R. Doc. No. 10, at 6 (noting that no proof of service had been filed into the record as of November 10, 2025).
[12] *See* R. Doc. No. 30, at 1 ("The docket reflects issuance of process but does not yet reflect a returned executed summons."); R. Doc. No. 31, at 1 (same).
[13] *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").
[14] *See generally* R. Doc. No. 17, 20.

already on the public record." *Arup US Inc. v. Akmansoy*, No. 24-128, 2025 WL 1673837, at *1; *see also June Med. Servs., L.L.C. v. Phillips*, 22 F. 4th 512, 521 (5th Cir. 2022) ("It is the solemn duty of the judge to scrupulously examine each document sought to be sealed."). If plaintiff wishes to have any prior documents sealed he must identify those documents or portions thereof for the Court's review.

As for his request that future medical or disability related filings be filed under seal, the Court directs plaintiff to the rules for filing documents under seal provided by this Court's Local Civil Rule 5.6.[15]

For the foregoing reasons,

**IT IS ORDERED** that plaintiff's motions[16] are **DISMISSED AS PREMATURE.**

New Orleans, Louisiana, December 5, 2025.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[15] Eastern District of Louisiana Local Civil Rule 5.6, available at https://www.laed.uscourts.gov/attorney-information/rules-and-orders/local-rules.

[16] R. Doc. Nos. 17, 20, 21, 22, 23, 24, 25, 30, 31.