U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Dec 9 2025

cf

CAROL L. MICHEL
CLERK

EDSS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

*JOSHUA CHRONICLES*

*V.*

*LOYOLA UNIVERSITY NEW ORLEANS*

**CIVIL ACTION NO. 2:25-cv-02211**

JUDGE LANCE M. AFRICK

MAGISTRATE JUDGE MICHAEL NORTH

**NOTICE OF DEFENDANT'S ACTUAL KNOWLEDGE OF FEDERAL ACTION.**

Plaintiff, Joshua Chronicles, respectfully submits this Notice to the Court for the limited purpose of memorializing Defendant's actual knowledge of this pending action.

1. On November 3, 2025, this Court ordered service through the U.S. Marshals Service pursuant to Rule 4(c)(3). (Rec. Docs. 3–5).

2. Although a return of executed service has not yet been docketed, Plaintiff has received direct communications from Loyola University New Orleans personnel and/or counsel acknowledging awareness of Plaintiff's claims and the federal litigation.

3. Plaintiff submits this Notice solely to ensure a clear record that Defendant has actual knowledge of the pendency of this action, and that Defendant is therefore aware of its obligations regarding the preservation of relevant evidence, including electronic records, communications, student records governed by FERPA, disability-related correspondence, and any documents pertaining to Plaintiff's enrollment status.

4. Plaintiff further submits this Notice to avoid any future dispute regarding notice under Rule 4 or arguments that delays in service have prejudiced Defendant's ability to prepare its defense.



This Notice does not seek relief requiring Defendant's involvement nor any ruling from the Court at this time. It is submitted solely to protect the integrity of the record and to ensure judicial efficiency as the matter progresses.

Respectfully submitted,

*Joshua Chronicles*

Joshua Chronicles

Plaintiff, Pro Se

6324 Chef Menteur Hwy., Apt. 209

New Orleans, LA 70126

joshuachroniclescase@gmail.com

325-280-3240

Scanned with
CamScanner