## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION I** |

### ORDER AND REASONS

Before the Court is *pro se* plaintiff Joshua Chronicles's ("plaintiff") "renewed" motion[1] to direct the U.S. Marshals Service to "immediately effect service under Fed. R. Civ. P. 4(c)(3) and to extend the Rule 4(m) deadline."[2]

Plaintiff states that "[m]ore than 30 days have now elapsed" since summons was issued.[3] Plaintiff is concerned that because he "must rely entirely on the U.S. Marshals Service" to effectuate service, he is "at risk of prejudice from the upcoming Rule 4(m) deadline, despite having complied fully with Court instructions."[4] He also suggests that "continued delay creates a perception of uneven fairness and impairs confidence in the judicial process" and that "[e]nsuring service progression is necessary to avoid any appearance of impartiality."[5] He asks this Court to "direct the U.S. Marshals Service to immediately effect service of process upon Defendant."[6]

---

[1] *See* R. Doc. No. 44.

[2] The Court notes that it has already denied plaintiff's previous motion asking this Court to enforce and expedite service in this matter. *See* R. Doc. No. 36 (dismissing R. Doc. No. 30).

[3] R. Doc. No. 44, at 1.

[4] *Id.*

[5] *Id.* at 2 (internal quotations omitted).

[6] *Id.*

Plaintiff also seeks a 90-day extension of the service deadline provided by Federal Rule of Civil Procedure 4(m).[7] He represents that this will "avoid penalizing Plaintiff for the Marshals Service's inadvertent delay."[8]

Federal Rule of Civil Procedure 4(m) states:

> If a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff's complaint was filed on October 29, 2025,[9] meaning the ninety-day deadline contemplated by Rule 4(m) is January 27, 2026. The Court therefore finds no reason at this time to direct the U.S. Marshals Service to effectuate service of process "immediately" or extend the Rule 4(m) deadline. Should the need arise, plaintiff may renew his motion at a more appropriate time.

For the foregoing reasons,

**IT IS ORDERED** that the motion[10] is **DENIED WITHOUT PREJUDICE.**

New Orleans, Louisiana, December 11, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[7] *Id.*
[8] *Id.*
[9] *See* R. Doc. No. 1.
[10] R. Doc. No. 44.