**LOYOLA**
UNIVERSITY
NEW ORLEANS

Sharonda Williams <shwillia@loyno.edu>

## Fwd: FW: Repent! The Day of the Lord Is Near

1 message



Date: Mon, Sep 29, 2025 at 8:18 AM
Subject: Fwd: FW: Repent! The Day of the Lord Is Near
To:

I will fill you in tomorrow on this guy. This has escalated to this point. He is a law student and Madeleine is aware as is Sharonda and Alicia. I'm not in the office today. I'm going to advise my office to keep the door locked today and visitors can knock.

Sorry I didn't let you know about him. Law has had issues with him for a while. He has now overstepped.



This message is intended for the sole use of the individual to whom it is addressed, and may contain information that is privileged and confidential. If you are not the intended addressee, please note that you may not use, copy, disclose, forward, or distribute the message, attachments or any information contained in the message If you have received this message in error, please let me know and delete the message and attachments immediately. Thank you.

---------- Forwarded message ---------
From: **Daniel Spangler** <spangler@loyno.edu>
Date: Mon, Sep 29, 2025 at 3:14 AM
Subject: Re: FW: Repent! The Day of the Lord Is Near
To:
CC: Alicia A Bourque <aabourqu@loyno.edu>, Madeleine Landrieu <landrieu@loyno.edu>,

Exhibit A

2/5/26, 4:49 PM          Loyola University New Orleans Mail - Fwd: FW: Repent! The Day of the Lord is Near

Case 2:25-cv-02211-WJC-MBN    Document 52-1    Filed 02/05/26    Page 2 of 4

███████

Thank you for sharing the email. I will, of course, instruct my officers to make more frequent patrols of Thomas Hall and your area.
I will also share this with our Threat Assessment Team for their awareness and review.

I'd also like to ask you to review the 3 best methods for getting LUPD's response in case of emergency, and make sure these are in use in your office.
1. The Loyola Safety App - hopefully you and your staff have this installed on your phones for access to one-button assistance anywhere on Loyola's campuses.
2. The emergency button activation on your Loyola computers
3. The wireless emergency panic button cards that were provided to your office.

If you have any questions about those items, such as wanting to conduct a test of any or all, please let me know.

On Sun, Sep 28, 2025 at 11:31 PM ██████████████████████████████ > wrote:

> Chief Spangler,
>
> I wanted to share this email with you that I received from Law student, Joshua Chronicles.  I am very concerned and fearful of his email and he stipulates he is warning us.  He has been unhappy with ████ ████ and ████████████ and it seems now with me.
>
> Last week I was advised the he was withdrawing from the university for the Fall, so I put a stop payment on a refund that he was to receive.  In doing this, he feels that the university is "playing with him".
>
> On top of this, my security cameras are not working as they should, would your officers be able to visit ██ ██████████████ offices from time to time until this has been resolved?  Any other suggestions or assistance you can provide would greatly be appreciated.
>
> Thank you very much!
>
> ████████
>
>
> ████████████████████
>
> ████████
>
> ████████████████
>
> ────────────────────
>
> **From:** Joshua Chronicles <jmchroni@my.loyno.edu>
> **Sent:** Sunday, September 28, 2025 7:05 PM
> **Subject:** Repent! The Day of the Lord Is Near

Exhibit A

2/5/26, 4:49 PM    Loyola University New Orleans Mail - Fwd: FW: Repent! The Day of the Lord is Near

Case 2:25-cv-02211-WJC-MBN    Document 52-1    Filed 02/05/26    Page 3 of 4

To Every Woman Who is Receiving This Email,

Hear the Word of the Lord! *"For the eyes of the Lord range throughout the earth to strengthen those whose hearts are fully committed to him"* (2 Chronicles 16:9). Hear it and tremble! The time of pride, deception, lies, deviancy, scheming, racism and mockery is over! *"Pride goes before destruction, a haughty spirit before a fall"* (Proverbs 16:18).

**Repent! Turn! God sees! God knows!**

You have walked in darkness. *"The Lord tests the hearts and minds"* (1 Chronicles 29:17). You have allowed the Jezebel and Delilah spirit to rule your hearts. You have manipulated, deceived, and scorned the innocent. *"Do not oppress the widow or the fatherless, the foreigner or the poor"* (Zechariah 7:10). You have mocked the cries of the oppressed. You have exalted degrees, titles, and power above the will of God.

**Repent! Turn! God sees! God knows!**

Every glance of disdain. Every cruel word. Every act of manipulation and intimidation. *"Nothing in all creation is hidden from God's sight"* (Hebrews 4:13). All is written in the book of His judgment. Nothing escapes His eyes.

**Repent! Turn! God sees! God knows!**

You are a part of the bad behavior or have tolerated behavior that degrades human dignity, fosters a hostile environment, and contradicts the mission you claim to uphold. *"Speak up for those who cannot speak for themselves"* (Proverbs 31:8). You are involved in or have ignored racial slurs, mocking, intimidation, sexual misconduct, and acts of cruelty. You have dismissed complaints. You are or have protected the wicked.

**Repent! Turn! God sees! God knows!**

God says: *"I will bring the proud low and humble the haughty"* (Isaiah 2:12). God sees your pride. God sees your manipulation. God sees your cruelty. *"For the Lord loves justice; he will not forsake his saints"* (Psalm 37:28).

**Repent! Turn! God sees! God knows!**

What I demand, now and without delay:

1. A full, impartial investigation into every incident described above, conducted by an independent investigator. *"Learn to do right; seek justice"* (Isaiah 1:17).
2. A written explanation of the findings and corrective actions to be provided to me. *"Let justice roll on like a river, righteousness like a never-failing stream!"* (Amos 5:24)
3. Formal disciplinary review of those who engaged in or enabled discriminatory, harassing, or unsafe conduct. *"Do not pervert justice; do not show partiality"* (Leviticus 19:15)
4. A written apology to me and a commitment to concrete steps to prevent recurrence. *"Confess your sins to each other and pray for each other"* (James 5:16)

**Repent! Turn! God sees! God knows!**

Do not mistake my words for threats. They are warnings. They are proclamations of truth. *"The Lord is a God of justice; blessed are all who wait for him"* (Isaiah 30:18). The Almighty sees your pride, your manipulation, your cruelty. He knows your deeds. You cannot hide. You cannot silence the righteous.

**Repent! Turn! God sees! God knows!**

I call on you to act. Act in humility. Act in righteousness. Act in obedience to God. *"Blessed are the pure in heart, for they will see God"* (Matthew 5:8). Demonstrate repentance through truth, accountability, and correction.

**Repent! Turn! God sees! God knows!**

The hour of decision is now. The choice is yours. Repent, or continue in pride, and the consequences of your actions will follow. *"Do not be deceived: God cannot be mocked. A man reaps what he sows"* (Galatians 6:7).

**Repent! Turn! God sees! God knows!**

https://www.statesman.com/story/opinion/columns/your-voice/2025/07/30/america-s-teen-boys-are-disappearing-into-screens-we-must-care-opinion/85436533007/

Exhibit A

--
**Daniel Spangler | Chief of Police**
**Loyola University New Orleans**
**6363 St. Charles Avenue**
**Campus Box 178**
**New Orleans, LA 70118**

**Office (504) 865-3565**

