

**OFFICE OF THE DEAN**

**COLLEGE OF LAW**

August 20, 2024

Mr. Joshua Chronicles
Via email: jmchroni@my.loyno.edu

Re: Conduct concerns

Dear Joshua,

We were scheduled to meet with you on Monday, August 19, 2024, to discuss our concerns about your behavior over your first year of law study at Loyola through today.  You did not attend that meeting and did not attend either of your scheduled classes scheduled for that day, the first day of the semester.

We advised you by email that we were setting another meeting for 8:00 am on Tuesday, August 19, 2024, via zoom and advised that you could not attend class until you met with us. The University also advised you that a University Student Code of Conduct complaint has been filed.

We had our meeting via zoom this morning as scheduled and recorded it with your permission. During that meeting, we shared with you that should you apply to be admitted to a bar, the bar officials in the state in which you will apply will require you to sign a release authorizing us to answer questions about your character and fitness to practice law.  That question will prompt us to disclose whether we are aware of any conduct or other information that would impact their decision on your character and fitness. We shared with you that your conduct (documented in many email exchanges between you and members of the Loyola University community) causes us great concern. We advised that we would answer those questions in the affirmative, and that we would attach the emails and documents that have led us to these concerns.  You will then be in the position to address the issues with that state licensing body as you see fit.  It is our opinion that without significant intervention, you will have a very difficult time in the certification process.

We offered to you the services of the University Counseling Center and you assured us that you had plenty of support through your own network, including the VA. You also assured us that you have no intention to harm yourself or others. Finally, you confirmed that you received the email from Dallas Flint relative to the conduct proceeding that is underway. Since you followed administrative instructions and attended today's meeting you are cleared to resume attending classes.

*Madeleine M. Landrieu*

Madeleine Landrieu
Dean

*Mary Garvey Algero*

Mary Garvey Algero
Associate Dean of Academic Affairs

Exhibit B