

STUDENT CONDUCT & COMMUNITY STANDARDS

October 28, 2025

Joshua Chronicles
Sent electronically to jmchroni@my.loyno.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025018301

**ADMINISTRATIVE HEARING OUTCOME**

Dear Joshua,

On Friday, October 17, 2025, an Administrative Hearing was convened to resolve an incident that occurred on or around September 28, 2025. Based upon the information provided at the hearing, and based on the preponderance of the evidence standard, the following findings have been made.

- Abusive Conduct -- Responsible
- Disruptive Conduct -- Responsible
- Computer and Internet Use -- Responsible
- Discrimination and Harassment Policy (Non-Title IX) -- Responsible
- Failure to Comply with Administrative Instructions -- Responsible

**Rationale:**

The first question in this case is did the respondent write and send the email to university administrators and faculty members. When questioned, the respondent confirmed that they did send the email. The respondent stated that they intended to advocate against individuals who harmed them or were biased against people of similar backgrounds to them. Additionally, the respondent stated that they sent the email in their job as a pastor, describing the action as witnessing and asking the faculty and staff to repent.

The individuals who received the email are not part of the respondent's congregation, nor was this email a part of a process to recruit new followers or members to the respondent's congregation. Therefore, the email did not fall within the respondent's clergy duties. The email was directed to university faculty and administrators in the context of the respondent's role as a student. Therefore, the respondent's claim that the email was a protected pastoral act is not valid in these conduct proceedings.

Exhibit C

The following analysis addresses each alleged violation of the Student Code of Conduct.

Discriminatory and Harassment Policy
For the charge of violating the Discrimination and Harassment policy, the following sections were reviewed: Discriminatory Harassment and Sexual Harassment. For the violation, the email was directed at women at the university whom the respondent believes have harmed him. The respondent did not include the recipients' male supervisors. Additionally, in the email, the respondent compares the women to Jezebel and Delilah, who are biblical women who are described as manipulative and controlling. Also, in the hearing, the respondent stated that these women have done what they did at the law school; they created a female-dominated environment, where the women think they can disrespect men.

These statements demonstrate that the respondent targeted the women due to their gender. This email caused interference with the university's ability to operate, as several offices, including the Bursar's and the Registrar's office, locked their doors after receiving this email, so that students could not enter in fear of the respondent. Therefore, the respondent is found responsible for violating the Discriminatory and Harassment policy.

Disruptive Conduct Policy
For the violation of the Disruptive Conduct policy, the respondent's actions resulted in multiple offices, including the Registrar's Office and Bursars' Office, locking their doors out of fear of reprisal based on the respondent's statements. Additional security steps were taken by the Loyola University Police Department to ensure campus safety, including verifying that office cameras were operational. The email caused fear and discomfort among the recipients, which led to the disruption of the university's ability to conduct normal operations. The Respondent is found responsible for violating the Disruptive Conduct Policy.

Computer and Internet Use Policy
For the violation of the Computer and Internet Use policy, the respondent sent the email from his university-provided my.loyno.edu email address. The policy states that "Users shall follow appropriate standards of civility to communicate with others. Such behavior involves identifying oneself when sending personal messages and refraining from any harassing, discriminatory, obscene, fraudulent, defamatory, threatening, or coercive comments or activity." As the respondent used university technology to send a message containing discriminatory content that targeted women based on gender, the respondent is found responsible for violating the Computer and Internet Use policy.

Failure to Comply with Administrative Instructions policy
For the violation of the Failure to Comply with Administrative Instructions policy, the respondent was given instructions that all communication should be directed towards the student conduct general email. On Thursday, October 2nd, at 10:09 am, the respondent sent the email with the subject "Compliance and Concerns Regarding Retaliation" to

Exhibit C
Exhibit C

Provost Thomas Chambers and President Xavier Cole. This violates the explicit instructions to communicate only through studentconduct@loyno.edu.

Additionally, when the respondent stated to Kathy Gros that the respondent was going to withdraw, Ms. Gros stated that the respondent needed to complete the withdrawal form. The respondent failed to complete the form. The respondent stated that these actions were designed to see where Kathy Gros' intent lay and that she jumped at an opportunity to have him withdraw. This behavior demonstrates deliberate noncompliance and manipulation tactics. As a result, the respondent is found responsible for violating the Failure to Comply with Administrative Instructions policy.

Abusive Conduct Policy
For the violation of the Abusive Conduct policy, the policy states that it prohibits any actions with the intent to harass, annoy, intimidate, or otherwise unreasonably interfere with another person.

In the email with the subject "Repent! The Day of the Lord Is Near", the respondent states that "The hour of decision is now. The choice is yours. Repent, or continue in pride, and the consequences of your actions will follow." This statement is a warning and a call to action for the women in the email. The tone is urgent, authoritative, and absolute. It implies that consequences and punishment are coming. The email states that these were warnings. This is compounded in that during the hearing, the respondent stated that he has reported these people to the federal government, has plans to embarrass the president through his platform on national television, and that the respondents will be punished by God. As this language and actions support that the respondent was using his position as pastor to connect to religious intimidation, the respondent is responsible for violating the Abusive Conduct policy.

As a result of being found to be in violation of the Student Code of Conduct you have been assigned the following Sanctions:

**Disciplinary Suspension** - You are suspended from Loyola University New Orleans from October 28, 2025, to October 28, 2026. Unless otherwise directed, you are expected to attend class until the appellate decision has been made or the deadline for an appeal has passed without submission. If you fail to participate in the academic life of the University, you will be asked to check out of your residence hall space (if applicable) and/or be removed from campus immediately, without impact to the appeal decision.

If/when the suspension goes into effect, you are not allowed on campus. If you need to be on campus during the business day for official business, you must receive advanced approval from the Office of Student Affairs. In order to be eligible for re-admission, you must be in compliance with all aspects of this letter, Loyola's Law School readmission process, and Loyola's re-admission procedures. For additional info, please contact the Office of Student Affairs.

Exhibit C
Exhibit C

**Mental Health Evaluation and Treatment**: In order for you to return to the University, you will need to participate in a mental health evaluation and follow all treatment recommendations. The mental health evaluation must be completed by a licensed mental health provider. The mental health evaluation must conduct a comprehensive intake evaluation and provide treatment recommendations that you must complete prior to your return to the University. The cost of the assessment will be at your own expense. The mental health evaluator can submit their documentation to studentconduct@loyno.edu.

**Behavioral Mandates**: While you are on suspension and should you choose to return to Loyola University New Orleans after the suspension has ended, the Threat Assessment Team will require you to maintain actions in order to be considered for re-enrollment after your suspension and/or to remain enrolled in courses once you return to the University.

To comply with the required actions, you must complete the following:

1. Cease all forms of speech, writing, online communication, or actions that target individuals or groups based on gender, race, religion, sexual orientation, or any other protected status.
2. Discontinue making statements, jokes, or posts that demean, intimidate, or marginalize others.
3. Refrain from any language (in person, email, text, or social media) that is hostile, derogatory, or intended to cause emotional distress.
4. Cease making comments or threats of retaliation against any student, faculty, or staff member.
5. Discontinue using university email, platforms, or systems to send mass messages, disparaging remarks, or communications not consistent with university policy.
6. Refrain from using university resources to widely spread personal grievances or retaliatory statements.
7. Cease ignoring, challenging, or undermining directives from university administrators, faculty, or staff acting within their roles.
8. Promptly follow all instructions related to conduct, communication restrictions, or behavioral expectations.
9. Discontinue any effort (directly or indirectly) to "seek retribution" or cause harm to individuals perceived to have caused personal harm.
10. Cease any behavior (in person or online) that disrupts university operations, events, classes, or administrative functions.

The requirements outlined above are mandatory and failure to comply with and/or complete the requirements would result in continuance of your suspension and/or an interim suspension during the conduct process given the inability of Loyola University New Orleans to guarantee your safety or the safety of others.

**Sanction Rationale:**

Given the seriousness of the violations, including discriminatory harassment and abusive

Exhibit C
Exhibit C

conduct, misuse of university communication systems, and failure to comply with administrative instructions, a one-year suspension is appropriate for these violations.  The respondent does not have any remorse for their actions and has stated that they will continue to seek retribution for the perceived harm from individuals.  Also, the respondent's views regarding women constitute the creation of a difficult work situation for women who are required to interact with the individual. Additionally, their actions disrupted the normal operations of the university, and their continued presence on campus could cause additional disruptions to operations.  Therefore, an appropriate sanction would be a 1 year suspension to provide time to reflect on the changes necessary to be a member of the university community.

The Mental Health Evaluation and Treatment sanction is intended to provide the respondent with mental health support in understanding and addressing the behaviors related to the policy violations.  This measure is designed to help with reflection on the situation and in looking to change behaviors, should the respondent return to the university.

The Behavioral Mandate sanction establishes clear conditions for the respondent's eligibility to return and remain enrolled.  Taken together, these sanctions reflect a commitment to maintaining a safe and respectful environment while providing the respondent an opportunity to adjust behavior and return to be a positive member of the community.

## **Procedures for Conduct Appeals**

A respondent found responsible for violating the Code may appeal the decision of the University's hearing bodies based on one or more of the grounds listed below. An appeal is a limited review of the record of the hearing based on the grounds cited in the appeal, and not a re-hearing of the case. Information citing the ground(s) for the appeal, as well as statement(s) or evidence supporting the ground(s) must be submitted via the Appeal Submission Form within five (5) working days from the date of the hearing outcome letter (by **5:00 pm Central** on **Tuesday, November 4, 2025**). Failure to appeal within the specified time will render the decision final and conclusive with no recourse to appeal.

I. Procedural Error
There was a substantial error in the application of Code of Conduct procedures that significantly impacted the hearing (e.g., substantiated bias, material deviation from established procedures, denial of rights afforded in the Code of Conduct, etc.), the appeal must outline the following:

- Citation of the specific procedure(s) with appropriate reference; and
- Reason(s) why the appellee did not raise the procedural error during the original hearing; and
- Reason(s) why the correction of the error(s) might have affected the determination(s) made in the original hearing.

II. New Evidence
Discovery of substantial new facts or evidence that were not reasonably available at the time of

Exhibit C
Exhibit C

the hearing. Withholding information or declining to participate in the original hearing is not grounds for an appeal based on new evidence. If the appeal is based on new evidence the request must outline the following:

- Source of the new information and complete explanation of that information; and
- Name(s) of the individual(s) who can present this information; and
- Reason(s) why this information was not able to be known at the time of the original hearing; and
- Reason(s) why this information might have had a substantive effect on the determination(s) made in the original hearing

III. Disproportionate Sanction(s)

The appellee alleges that the sanction(s) imposed is/are grossly disproportionate to the finding(s) of responsibility for the violation(s) of the Code, considering the relevant aggravating and/or mitigating factors, including but not limited to the respondent's disciplinary history and/or impact on members of the community. The burden is on the appellee to provide support for the asserted grounds for appeal.

The appellate review will normally occur within seven (7) working days of a respondent filing an appeal to the appellate body listed below. The appellate body will review the appeal to determine whether the appeal can be granted on one or more of the appeal ground(s) selected by the respondent.

Thank you for your cooperation in this matter. If you have any questions, please feel free to contact the Department of Student Conduct at sudentconduct@loyno.edu.

Sincerely,

Chris Rice
Director of Residential Life


Jolanda Taylor
Director of Multicultural Affairs

---

**\*\*\*Confidentiality Notice\*\*\***

This message is intended for use of the individual(s) or entity(ies) to which it is addressed and may contain information that is protected from public disclosure under the Federal Family Educational Rights and Privacy Act (20 U.S.C. 1232g). If the reader of this message is not the intended recipient, please be advised that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please

Exhibit C
Exhibit C

notify us immediately by phone (504.865.3428) or by return e-mail, and permanently delete all copies of the original message. Thank you.

Exhibit C
Exhibit C