**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOSHUA CHRONICLES                                    CIVIL ACTION

VERSUS                                               NUMBER: 25-2211

LOYOLA UNIVERSITY NEW ORLEANS                        SECTION: "C"(5)

**ORDER**

The undersigned has determined that an attorney from the Civil Pro Bono Counsel Panel should be appointed to represent Plaintiff herein. (Rec. doc. 69). The Court having now conferred with the FBA-NO Pilot Program Coordinator regarding the selection of appropriate counsel pursuant to the Pilot Program's guidelines, the Court hereby appoints the following attorney to represent Plaintiff:

> William Brock Most
> Most & Associates
> 201 St. Charles Avenue
> Suite 2500, #9685
> New Orleans, Louisiana 70170
> 504.509.2023
> williammost@gmail.com

**IT IS FURTHER ORDERED** that the Clerk of Court forward a copy of this order to Mr. Most and to the Program Coordinator.

New Orleans, Louisiana, this 6th day of April, 2026.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HONORABLE WILLIAM J. CRAIN**