# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA CHRONICLES** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 25-2211** |
| | * | |
| **LOYOLA UNIVERSITY NEW** | * | **SECTION "C" (5)** |
| **ORLEANS** | * | |
| | * | |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant Loyola University New Orleans, who request that Julie D. Livaudais (La. Bar # 1183) and Charles D. Marshall, III (La. Bar # 27564 ) of the law firm of Chaffe McCall, L.L.P., 1100 Poydras St., Suite 2300, New Orleans, Louisiana 70163, Telephone No. (504) 585-7000, Email: livaudais@chaffe.com and marshall@chaffe.com, be allowed to enroll as co-counsel of record in the above-captioned civil action with counsel, Sharonda R. Williams.

Respectfully submitted,

*/s/ Charles D. Marshall, III*

Julie D. Livaudais (#1183)
Charles D. Marshall, III (#27564)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Email: livaudais@chaffe.com
        marshall@chaffe.com

-and-

Sharonda R. Williams
S.R. Williams Consulting LLC
1615 Poydras Street
Ste St. 900
New Orleans, LA 70112
Telephone; 504-517-2683
Email: sharonda0624@gmail.com

***Counsel for Loyola University New Orleans***