**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSHUA CHRONICLES** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 25-2211** |
| | * | |
| **LOYOLA UNIVERSITY NEW** | * | **SECTION "C" (5)** |
| **ORLEANS** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the above and foregoing Motion to Enroll as Co-Counsel of Record;

**IT IS HEREBY ORDERED**, that Julie D. Livaudais (La. Bar # 1183) and Charles D. Marshall, III (La. Bar # 27564 ) of the law firm of Chaffe McCall, L.L.P., 1100 Poydras St., Suite 2300, New Orleans, Louisiana 70163, Telephone No. (504) 585-7000, Email: livaudais@chaffe.com and marshall@chaffe.com, are hereby enrolled as co-counsel of record for defendant, Loyola University New Orleans, with counsel Sharonda R. Williams, in the above-captioned civil action.

New Orleans, Louisiana, this _____ day of May, 2026.

_____
**JUDGE WILLIAM J. CRAIN**