**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **V.** | **NO: 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION C (5)** |

**ORDER**

Considering the Motion to Enroll as Co-Counsel of Record filed on May 6, 2026 (R. Doc. 74);

**IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 7th day of May, 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE