**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION: "C" (5)** |

***Ex Parte* Motion for Plaintiff's Counsel to Withdraw as Counsel**

Now comes Plaintiff's counsel to request leave of Court to withdraw as counsel of record for Plaintiff Joshua Chronicles.

Local Rule 83.2.11 requires that when lawyers seek to withdraws counsel and no new counsel is substituted and no counsel of record will remain to represent the client, "the motion to withdraw shall contain: 1) the present address of the client and the client's telephone number if the client can be reached by telephone and 2) a certification by counsel that the client has been notified of all deadlines and pending court appearances. The certificate of service accompanying the motion shall indicate that it was served on the client by certified mail or an affidavit shall be included stating why such service has not been made."

Here, on August 19, 2026, Mr. Chronicles chose to end undersigned counsel's representation of him. Mr. Chronicles did not indicate the identity of any substitute counsel.

Mr. Chronicles' phone number is (325) 280-3240, and his email is joshuachroniclescase@gmail.com. As described in the affidavit below, undersigned counsel does not possess Mr. Chronicles' present address. By signature and affidavit below, Plaintiff's counsel certifies Mr. Chronicles has been notified of all deadlines and pending court appearances. For these reasons, Plaintiff's counsel ask that this Court grant him leave to withdraw.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ William Most*
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

**Affidavit Regarding Service**

I, William Most, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746.

Local Rule 83.2.11 requires that if a motion to withdraw (with no substitution of counsel) is not served on the client by certified mail, it must include an affidavit "stating why such service has not been made." Here, I have not served the client by certified mail because I do not know his present address. I have, however, sent him this motion by email to joshuachroniclescase@gmail.com, the email with which I have communicated with him as recently as today. I certify that the client has been notified of all deadlines and pending court appearances.

I declare under penalty of perjury that the statements previous are true and correct to the best of my knowledge.

*/s/ William Most*
William Most