**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION: “C” (5)** |

**Proposed Order**

Considering Plaintiff’s counsel’s *Ex Parte Motion for Leave to Withdraw as Counsel*, and the basis shown therefor, the motion is GRANTED. Attorney William Most is withdrawn as counsel for Plaintiff Joshua Chronicles.

SO ORDERED.

______________________

JUDGE