**eFile-ProSe**

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Thursday, August 20, 2026 4:22 AM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** 2026-08-20 09-13.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, August 20, 2026 - 04:22.

The information for this submission is:

**Filer's Name:** Joshua Chronicles

**Filer's Email:** joshuachroniclescase@gmail.com

**Filer's Mailing Address:** Unit 51

**Filer's Phone Number:** 3252803240

**Filer's Case Number (If Known):** 8:26-cv-01658

**Filer's Case Name (If Known):**

**Submitted Document Description:** Motion to Reopen case & Third Motion for appointment of Pro Bono Counsel