U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Sep 3 2026
CAROL L. MICHEL
CLERK
cf EDSS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

JOSHUA CHRONICLES

VERSUS

LOYOLA UNIVERSITY NEW ORLEANS

Civil Action No. 2:25-cv-02211-WJC-MBN

JUDGE WILLIAM J. CRAIN

MAGISTRATE JUDGE MICHAEL NORTH

## PLAINTIFF'S MOTION FOR STATUS CONFERENCE

Plaintiff Joshua Chronicles, appearing pro se, respectfully moves this Court to schedule a status conference regarding the pending motions in this matter.

On August 19, 2026, Plaintiff filed an Ex Parte/Consent Motion to Withdraw William Most as Attorney (Doc. 78). On August 20, 2026, Plaintiff filed a Motion to Reopen Case and Motion to Appoint Pro Bono Counsel (Doc. 79). Both motions remain pending. Plaintiff has confirmed with the Clerk's Office that neither motion has yet been ruled upon.

Plaintiff notes that the sixty-day period referenced in the Court's July 2, 2026 Order (Doc. 77) has since lapsed while these motions have been pending. Plaintiff is currently unrepresented and respectfully requests the Court's guidance on the status of Docs. 78 and 79 and on any further steps required of Plaintiff.

For the foregoing reasons, Plaintiff respectfully requests that the Court schedule a status conference, or in the alternative, rule on Docs. 78 and 79 at the Court's earliest convenience.

Respectfully submitted,

Joshua Chronicles

Joshua Chronicles

Plaintiff, Pro Se

6324 Chef Menteur Hwy., Apt. 209

New Orleans, LA 70126

joshuachroniclescase@gmail.com

(325) 280-3240

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of filing, I filed the foregoing motion using the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Joshua Chronicles

Joshua Chronicles

Plaintiff, Pro Se