**eFile-ProSe**

---

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Thursday, September 3, 2026 4:59 PM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** 2026-09-03 16-52 (1).pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, September 3, 2026 - 16:58.

The information for this submission is:

**Filer's Name:** Joshua Chronicles

**Filer's Email:** joshuachroniclescase@gmail.com

**Filer's Mailing Address:** 6324 Chef Menteur hwy Apt 209 New Orleans LA 70126

**Filer's Phone Number:** 3252803240

**Filer's Case Number (If Known):** 2:25-cv-02211

**Filer's Case Name (If Known):**

**Submitted Document Description:** Motion for Status Conference