**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSHUA CHRONICLES** | * | **CIVIL ACTION NO. 25-2211** |
| | * | |
| **VERSUS** | * | **JUDGE WILLIAM J. CRAIN** |
| | * | |
| **LOYOLA UNIVERSITY NEW ORLEANS** | * * | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| * * * * * * | * | * * * * * * |

**DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Loyola University New Orleans ("Loyola"), who respectfully moves this Court, pursuant to its inherent authority to enforce settlement agreements reached in cases pending before it and pursuant to the Court's express retention of jurisdiction over this matter, for an Order enforcing the settlement agreement reached between the parties on June 29, 2026 and recited into the record in open court on July 1, 2026 before Magistrate Judge Michael North, for the reasons set forth in the attached supporting memorandum.

Respectfully submitted,

*<u>/s/ Charles D. Marshall, III</u>*
Julie D. Livaudais (#1138)
Charles D. Marshall, III (#27564)
**CHAFFE MCCCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, Louisiana 70163
Tel.: (504) 585-7000
E-Mail: <u>livaudais@chaffe.com</u>
<u>marshall@chaffe.com</u>

***Counsel for Loyola University New Orleans***

-

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of October 2026 caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ Charles D. Marshall, III*

-