**Sandy Rochelle**

---

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, June 29, 2026 2:22 PM
**To:** Julie D. Livaudais; efile-north@laed.uscourts.gov
**Subject:** Re: Chronicles v. Loyola: Non-Monetary Terms

Judge North,

I'm looping you in here with Ms. Livaudais to let you know our joint understanding of the non-monetary terms, which are below. ("Head of Conduct" refers to the VP of Student Affairs.)

Thank you!

William Most
Counsel to Plaintiff

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023

On Mon, Jun 29, 2026 at 2:19 PM Julie D. Livaudais <Livaudais@chaffe.com> wrote:

> Hi William,
> Looks accurate. "Head of Conduct" is more accurately "VP of Student Affairs ," fyi, but I doubt that matters.
> Thanks!
>
> **Julie D. Livaudais |*Partner***
> 1100 Poydras Street, Suite 2300
> New Orleans, LA 70163
> o: 504-585-7007 | f: 504-544-6054
>
> chaffe.com | linkedin| bio | vcard | email
>
> On Jun 29, 2026, at 2:12 PM, William Most <williammost@gmail.com> wrote:
>
> Julie,

Here are the non-monetary terms we discussed could be agreeable if we can reach agreement on the monetary term:

- Loyola agrees to remove suspension from transcript.
- Loyola agrees to permanently seal conduct file (meaning that no one can access or review conduct file without approval of head of conduct and general counsel, except as required by law or authorized by Mr. Chronicles.)
- Mr. Chronicles agrees that he will withdraw from university, agrees not to re-apply, complies with campus ban, agrees to no contact with Loyola staff. Mr. Chronicles will dismiss case.
- Loyola agrees not to initiate contact with third parties about Mr. Chronicles, but can respond truthfully if contacted.
- Mr. Chronicles agrees not to disparage University or staff, except that he may truthfully respond to questions from other schools, state bars, and character & fitness examiners.

These terms would be set out in a settlement agreement to be signed by the parties.

Let me know if any of this is different than your understanding!

William

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)