**Sandy Rochelle**

| | |
|---|---|
| **From:** | eFile-North <eFile-North@laed.uscourts.gov> |
| **Sent:** | Tuesday, June 30, 2026 3:31 PM |
| **To:** | Julie D. Livaudais; William Most |
| **Cc:** | Charles D. Marshall |
| **Subject:** | RE: Chronicles v. Loyola: Non-Monetary Terms |

Counsel,

Clients are not required to attend.

Thank you,

**Paula L. Hebert**
Judicial Assistant to Magistrate Judge Michael B. North
United States District Court
Eastern District of Louisiana
(504) 589-7610

---

**From:** Julie D. Livaudais <Livaudais@chaffe.com>
**Sent:** Tuesday, June 30, 2026 1:57 PM
**To:** eFile-North <eFile-North@laed.uscourts.gov>; William Most <williammost@gmail.com>
**Cc:** marshall_chaffe.com <marshall@chaffe.com>
**Subject:** RE: Chronicles v. Loyola: Non-Monetary Terms

**CAUTION - EXTERNAL:**

Thank you, I'll be there. Are we expected to bring clients as well, or just attorneys?
Best regards,
Julie

**Julie D. Livaudais | Partner**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
o: 504-585-7007 | f: 504-544-6054
chaffe.com | linkedin | email | | bio

---

**From:** eFile-North <eFile-North@laed.uscourts.gov>
**Sent:** Tuesday, June 30, 2026 1:19 PM

**To:** Julie D. Livaudais <Livaudais@chaffe.com>; William Most <williammost@gmail.com>
**Subject:** RE: Chronicles v. Loyola: Non-Monetary Terms

Counsel,

Judge North will put this settlement on the record on Wednesday, July 1, 2026, at 11:00 a.m. in courtroom B-407.

Please reply all to confirm receipt of this email.

Thank you,

**Paula L. Hebert**
Judicial Assistant to Magistrate Judge Michael B. North
United States District Court
Eastern District of Louisiana
(504) 589-7610

---

**From:** Julie D. Livaudais <Livaudais@chaffe.com>
**Sent:** Tuesday, June 30, 2026 9:52 AM
**To:** William Most <williammost@gmail.com>; eFile-North <eFile-North@laed.uscourts.gov>
**Subject:** RE: Chronicles v. Loyola: Non-Monetary Terms

**CAUTION - EXTERNAL:**

Hi Judge North and William,
I am available anytime tomorrow to put the settlement on the record.
Many thanks to you both for helping achieve amicable resolution, and best regards,
Julie

1826 200TH ANNIVERSARY 2026 | Chaffe McCall LLP

**Julie D. Livaudais | Partner**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
o: 504-585-7007 | f: 504-544-6054
chaffe.com | linkedin | email | | bio

---

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, June 29, 2026 3:31 PM
**To:** Julie D. Livaudais <Livaudais@chaffe.com>; efile-north@laed.uscourts.gov
**Subject:** Re: Chronicles v. Loyola: Non-Monetary Terms

Judge North and Julie,

Mr. Chronicles confirmed that we have a deal at $15,000 plus the non-monetary terms below. If you'd like to read the terms of the settlement on the record, we can hop on the phone or Zoom anytime this

afternoon, or I can be available tomorrow at 9:00am, 11:00am, 1:00pm, 3:00pm, or 4:00pm. Or anytime Wednesday except 1:00pm.

Thank you both very much for working with us on this!

William

On Mon, Jun 29, 2026 at 2:22 PM William Most <williammost@gmail.com> wrote:

> Judge North,
>
> I'm looping you in here with Ms. Livaudais to let you know our joint understanding of the non-monetary terms, which are below. ("Head of Conduct" refers to the VP of Student Affairs.)
>
> Thank you!
>
> William Most
> Counsel to Plaintiff
>
> --
> William Most
> Most & Associates
> mostandassociates.com
> (504) 509-5023
>
> On Mon, Jun 29, 2026 at 2:19 PM Julie D. Livaudais <Livaudais@chaffe.com> wrote:
>
>> Hi William,
>> Looks accurate. "Head of Conduct" is more accurately "VP of Student Affairs ," fyi, but I doubt that matters.
>> Thanks!
>>
>> **Julie D. Livaudais |*Partner***
>> 1100 Poydras Street, Suite 2300
>> New Orleans, LA 70163
>> o: 504-585-7007 | f: 504-544-6054
>>
>> chaffe.com | linkedin| bio | vcard | email
>>
>>> On Jun 29, 2026, at 2:12 PM, William Most <williammost@gmail.com> wrote:
>>>
>>> Julie,

Here are the non-monetary terms we discussed could be agreeable if we can reach agreement on the monetary term:

- Loyola agrees to remove suspension from transcript.
- Loyola agrees to permanently seal conduct file (meaning that no one can access or review conduct file without approval of head of conduct and general counsel, except as required by law or authorized by Mr. Chronicles.)
- Mr. Chronicles agrees that he will withdraw from university, agrees not to re-apply, complies with campus ban, agrees to no contact with Loyola staff. Mr. Chronicles will dismiss case.
- Loyola agrees not to initiate contact with third parties about Mr. Chronicles, but can respond truthfully if contacted.
- Mr. Chronicles agrees not to disparage University or staff, except that he may truthfully respond to questions from other schools, state bars, and character & fitness examiners.

These terms would be set out in a settlement agreement to be signed by the parties.

Let me know if any of this is different than your understanding!

William

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but

do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Sandy Rochelle**

**From:** William Most <williammost@gmail.com>
**Sent:** Tuesday, June 30, 2026 6:11 PM
**To:** Julie D. Livaudais
**Subject:** Re: Chronicles/Loyola Settlement

Got it, I figured it was something like that. I presume those Title IX reports are required by regulation? Would "except as required by law or regulation such as reporting to governmental agencies" work?

On Tue, Jun 30, 2026 at 4:56 PM Julie D. Livaudais <Livaudais@chaffe.com> wrote:

> I don't know that it's all required by regulations. It is meant to apply to Title 9 reports to the DOE and other annual reports - in which his data would not be reported by name if at all. Maybe that point would help?
>
> **Julie D. Livaudais |*Partner***
> 1100 Poydras Street, Suite 2300
> New Orleans, LA 70163
> o: 504-585-7007 | f: 504-544-6054
>
> chaffe.com | linkedin| bio | vcard | email
>
> On Jun 30, 2026, at 4:40 PM, William Most <williammost@gmail.com> wrote:
>
> The 'reporting to governmental agencies' language - is that intended to be a subset of "as required by law or regulation"? If so, can we make that explicit, perhaps like: "except as required by law or regulation such as reporting to governmental agencies."
>
> On Tue, Jun 30, 2026 at 3:49 PM William Most <williammost@gmail.com> wrote:
>
> > Thank you! That appears to me to be consistent with the terms of the agreement; I'm sending to Mr. Chronicles to double check.
> >
> > On Tue, Jun 30, 2026 at 3:44 PM Julie D. Livaudais <Livaudais@chaffe.com> wrote:
> >
> > > Hi William ~

Slightly edited your points, for tomorrow. See below…

- Loyola agrees to remove the notation of suspension from Mr. Chronicles' law school transcript.
- Loyola agrees to permanently restrict access to Student Conduct file case number 2025018301 (meaning that no one can access or review conduct file without approval of the Vice President of Student Affairs and Office of the General Counsel, except as required by law or regulation, or for reporting to governmental agencies, or authorized by Mr. Chronicles.)
- Mr. Chronicles agrees that he will immediately withdraw from Loyola, agrees not to apply for admission in the future, agrees to comply with campus ban, agrees to no contact with Loyola staff. Mr. Chronicles will dismiss this case, with prejudice, and sign a full release of claims.
- Loyola agrees not to initiate contact with third parties about Mr. Chronicles, other than as required for reporting to governmental agencies, but if contacted can respond truthfully to third parties including universities, bar admission offices and character and fitness inquiries.
- Mr. Chronicles agrees not to disparage University or staff, under his own name or anonymously or under the identity of someone else, except that he may truthfully respond, under his own name, to questions from other schools, state bars, and character & fitness examiners.
- Loyola agrees to pay the sum of $15,000.00 (no withholdings) to Mr. Chronicles. He assumes all tax obligations arising therefrom.

Thanks,

Julie

<image001.png>

**Julie D. Livaudais | Partner**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
o: 504-585-7007 | f: 504-544-6054
chaffe.com | linkedin | email | | bio

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)