UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*****************************************************************

JOSHUA CHRONICLES — CIVIL ACTION NO. 25-2211

VERSUS — SECTION "C"(5)

LOYOLA UNIVERSITY NEW ORLEANS — JULY 1, 2026

*****************************************************************

TRANSCRIPT OF SETTLEMENT AGREEMENT
HEARD BEFORE THE HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR PLAINTIFF:
William B. Most, Esq.
MOST & ASSOCIATES
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170

FOR DEFENDANTS:
Julie D. Livaudais, Esq.
CHAFFE McCALL
1100 Poydras Street
Suite 2300
New Orleans, LA 70163

Official Court Reporter:
Alexis A. Vice, RPR, CRR
500 Poydras Street, HB-275
New Orleans, LA 70130
(504) 589-7777
*Alexis_Vice@laed.uscourts.gov*

*PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT PRODUCED BY COMPUTER.*

OFFICIAL TRANSCRIPT

EXHIBIT 4

**P-R-O-C-E-E-D-I-N-G-S**

**(JULY 1, 2026)**

**(SETTLEMENT AGREEMENT)**

**THE COURT:** This is Civil Action No. 25-2211, *Joshua Chronicles versus Loyola University of New Orleans*. We are in the courtroom today to put on the record the fact and terms of a settlement that's been reached between the parties.

Counsel, will you all make your appearances for the record?

**MS. LIVAUDAIS:** Julie Livaudais of Chaffe McCall for Loyola University.

**MR. MOST:** And William Most for the Plaintiff Joshua Chronicles.

**THE COURT:** All right. So who wants to recite for us the material terms of the settlement agreement that's been reached?

**MS. LIVAUDAIS:** Judge, I will. We've gone over this. The first thing I would like to say is thank you so much for getting the parties together. I never dreamed amicable resolution was possible.

**THE COURT:** I didn't either.

**MS. LIVAUDAIS:** But here we are. So I appreciate you, William, and you, Judge. Really, it's an excellent result.

So this morning, we'll put into the record the key

points of the settlement which, of course, will be memorialized in a settlement agreement that, I guess, I'll write, and you can edit or that kind of thing.

**MR. MOST:** Sure.

**MS. LIVAUDAIS:** Here are the key points, Your Honor. Loyola agrees to remove the notation of suspension from Mr. Chronicles' law school transcript. That's point one.

Loyola agrees to permanently restrict access to Student Conduct File Case No. 2025018301. "Permanently restrict" in this case will mean that no one can access or review this conduct file without the approval of the Vice President of Student Affairs and the Office of the General Counsel at Loyola unless releasing the file is required by law or regulation or for reporting to government agencies or authorized by Mr. Chronicles.

Mr. Chronicles agrees that he will immediately withdraw from Loyola.

William, that's going to require a written withdrawal from him to the university, okay?

**MR. MOST:** Yeah, agreed.

**MS. LIVAUDAIS:** He agrees not to reapply ever to Loyola and to comply with the existing campus ban and agrees to have no contact with Loyola staff or students. And he agrees that he will dismiss this case with prejudice and sign a full release of claims which will be included in the settlement

agreement.

Loyola agrees not to initiate contact with third parties about Mr. Chronicles except as required by law, regulation, or preexisting contract, but can respond truthfully in such reporting and also if contacted by a third party.

This is to cover Loyola's required reporting, Your Honor. He was, I think, educated on the GI Bill. I think they will have a report they will have to give to the government when he withdraws and that sort of thing. But you know, they're just responding and completing their obligations. They're not going to reach out to anybody.

Mr. Chronicles agrees not to disparage Loyola University or its current or former employees/staff under his own name or anonymously or under the identity of someone else except that he may truthfully respond to questions from other schools, other law schools, state bars, and character and fitness examiners.

And Loyola agrees to pay the sum of -- the gross sum of $15,000 to Mr. Chronicles. No withholdings will be made, and Mr. Chronicles is going to assume responsibility for any tax obligations from that.

**THE COURT:** All right. Anything to add?

**MR. MOST:** No, that's consistent with my understanding of what Mr. Chronicles has agreed to.

The one thing I'd say is that immediately withdraw, I

assume that would mean shortly after we have the written signed agreement?

**MS. LIVAUDAIS:** Of course, yes, yes.

**MR. MOST:** Okay.

**MS. LIVAUDAIS:** I just wanted to point out to you that we're not going to just withdraw him. He's going to have to overtly send something to the university at the appropriate time, of course.

Judge, I'm hoping you will retain jurisdiction to help get this signed, sealed, and delivered.

**THE COURT:** I will get to that.

So, Mr. Most, the terms that have just been stated on the record, just to be clear, are the terms that you and your client understand them and agree to them today?

**MR. MOST:** Yes, Your Honor.

**THE COURT:** Do you all each have full and actual authority given to you today by your respective clients to enter into and bind this settlement agreement?

**MS. LIVAUDAIS:** Yes, Your Honor.

**MR. MOST:** Yes, Your Honor.

**THE COURT:** And it's your desire on behalf of your clients to bind this agreement and end this litigation?

**MS. LIVAUDAIS:** Yes, Your Honor.

**MR. MOST:** Yes, Your Honor.

**THE COURT:** Okay, all right. The Court specifically

approves the terms of the settlement agreement that's been reached today and recited into the record. Those terms will be incorporated by reference into an order of dismissal. This Court will retain jurisdiction over the parties and their settlement agreement for purposes of enforcing that agreement should any controversies arise over the terms of the agreement or any party's performance of its obligations under the agreement.

With that, we'll be done, and I'll do the minute entry as soon as I get back in the office.

**MS. LIVAUDAIS:** Thank you, Your Honor.

**MR. MOST:** Thank you, Your Honor.

**THE COURT:** Thank you, William, for your help, for jumping in. We would not have gotten this result without your help.

**MR. MOST:** It was a team effort with everyone in this room.

(Whereupon this concludes the settlement agreement.)

**CERTIFICATE**

I, Alexis A. Vice, RPR, CRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

*/s/Alexis A. Vice, RPR, CRR*
Alexis A. Vice, RPR, CRR
Official Court Reporter