**Sandy Rochelle**

---

| | |
|---|---|
| **From:** | Julie D. Livaudais |
| **Sent:** | Friday, August 7, 2026 2:29 PM |
| **To:** | William Most |
| **Subject:** | RE: Chronicles/Loyola Settlement Agreement - Confidential |

Hi William,

I have finally heard back from Loyola about the edits you proposed to the Agreement. As I expected, they are not willing to accept the edit on page 5 that you drafted, concerning Mr. Chronicles' ability to mention the notation removal from the transcript. The proposed edits to p. 4 are fine.

They also cannot cut the settlement check until we receive a W-9 from him; please forward that at your earliest opportunity. And we will need his written notice of withdrawal; I know you want to keep that in your possession until the Agreement is signed, which is fine, but we do need to know it has been drafted and you have it.

How about this for a revision in place of your proposed edit:

Notwithstanding the confidentiality provision below, if Plaintiff is directly asked in writing by a bar admissions authority, law school, or character & fitness examiner whether this matter was resolved, Plaintiff may respond using the following language only: "This matter was resolved and is subject to a confidential Settlement Agreement." Under no circumstances shall Plaintiff ever disclose a range or amount of settlement, or any information regarding any change to his transcript or other academic records, or any term of this Agreement.

This is an important point for us, because your edit created an affirmative right for him that we did not agree to, and gave him the right to do this whether or not he was responding to an actual inquiry about it. So, no go to that.

I look forward to hearing from you. Please call if you'd like to discuss. Have a nice weekend!
Julie


**Julie D. Livaudais | Partner**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
o: 504-585-7007 | f: 504-544-6054
chaffe.com | linkedin | email | | bio


---

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, July 27, 2026 10:26 PM



EXHIBIT 6

**To:** Julie D. Livaudais <Livaudais@chaffe.com>
**Subject:** Re: Chronicles/Loyola Settlement Agreement - Confidential

Julie,

Attached are some proposed redlines. To keep things moving along, I had Mr. Chronicles sign this version in case it is amenable to Loyola. If you'd like, we can talk on the phone about the thinking behind these proposed revisions.

Thank you!

William

On Thu, Jul 23, 2026 at 11:49 AM Julie D. Livaudais <Livaudais@chaffe.com> wrote:

> Hi William,
>
> In order for the check to issue to him Mr. Chronicles will need to fill out the attached W-9 form. Please return it to me. This is standard operating procedure for payments to non-employees.
>
> Thank you,
>
> Julie
>
> 1826 200TH ANNIVERSARY 2026 | Chaffe McCall LLP
> **Julie D. Livaudais | Partner**
> 1100 Poydras Street, Suite 2300
> New Orleans, LA 70163
> o: 504-585-7007 | f: 504-544-6054
> chaffe.com | linkedin | email | | bio
>
> ---
>
> **From:** William Most <williammost@gmail.com>
> **Sent:** Tuesday, July 21, 2026 9:11 PM
> **To:** Julie D. Livaudais <Livaudais@chaffe.com>
> **Cc:** Charles D. Marshall <Marshall@chaffe.com>
> **Subject:** Re: Chronicles/Loyola Settlement Agreement - Confidential

Thank you! I'll review with Joshua and get back to you.

On Tue, Jul 21, 2026 at 1:05 PM Julie D. Livaudais <Livaudais@chaffe.com> wrote:

Hi William ~ Attached is the draft of the Settlement Agreement. Sorry for the delay but we received client approval just this morning, due to various vacations and other obligations.

Hopefully this will be non-controversial, but please advise.

Best regards,

Julie

**Julie D. Livaudais | Partner**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
o: 504-585-7007 | f: 504-544-6054
chaffe.com | linkedin | email | | bio

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. (*Scanned by Mimecast*)