**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSHUA CHRONICLES** | * | **CIVIL ACTION NO. 25-2211** |
| | * | |
| **VERSUS** | * | **JUDGE WILLIAM J. CRAIN** |
| | * | |
| **LOYOLA UNIVERSITY NEW ORLEANS** | * * | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| *** * * * * *** | * | *** * * * * *** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that defendant Loyola University New Orleans will bring for hearing its Motion to Enforce Settlement Agreement before the Honorable Judge William J. Crain, United States District Court Judge for the Eastern District of Louisiana, on October 28, 2026 at 9:30 a.m..

Respectfully submitted,

*/s/ Charles D. Marshall, III*

Julie D. Livaudais (#1138)
Charles D. Marshall, III (#27564)
**CHAFFE MCCCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, Louisiana 70163
Tel.: (504) 585-7000
E-Mail: livaudais@chaffe.com
marshall@chaffe.com

***Counsel for Loyola University New Orleans***

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of October 2026 caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ Charles D. Marshall, III*

-