**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION: "C" (5)** |

## ***Ex Parte*** **Motion to Expedite Motion to Withdraw, or to Extend Submission Date**

Now comes former Plaintiff's counsel to request that this Court expedite his motion to withdraw (R. Doc. 78), or alternatively extend the submission date of the pending motion to enforce settlement agreement (R. Doc. 81). Either option would avoid a situation where it is unclear if Mr. Chronicles can respond to the motion to enforce.

In short, on August 19, 2026, Mr. Chronicles chose to end undersigned counsel's representation of him. That same day, undersigned counsel moved to withdraw as counsel. R. Doc. 78. That motion has not yet been ruled on. Defendant has now filed a motion to enforce settlement agreement. R. Doc. 81. That leaves Mr. Chronicles in the odd position where he has counsel of record, but does not have an attorney-client relationship with that counsel.

It is unclear to undersigned if a party with counsel of record may file an opposition without it being filed by their counsel of record. And undersigned cannot file for Mr. Chronicles, because he does not represent Mr. Chronicles.

For that reason, undersigned respectfully suggests that the Court either expedite ruling on the motion to withdraw, or alternatively extend the submission date for the motion to enforce.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ William Most*
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

**Affidavit Regarding Service**

I, William Most, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have served this motion by email to Mr. Chronicles and via ECF to defense counsel.

*/s/ William Most*
William Most