**eFile-ProSe**

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Sunday, October 11, 2026 9:08 AM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** 2026-10-11 08-57.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Sunday, October 11, 2026 - 09:07.

The information for this submission is:

**Filer's Name:** Joshua Chronicles

**Filer's Email:** joshuachroniclescase@gmail.com

**Filer's Mailing Address:** 6324 Chef Menteur Hwy Apt 209 New Orleans LA

**Filer's Phone Number:** 3252803240

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Motion for Leave to file Protective Opposition