U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Oct 14 2026
CAROL L. MICHEL
CLERK
cf EDSS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION NO. 25-2211** |
| **VERSUS** | **SECTION "C"(5)** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | JUDGE WILLIAM J. CRAIN |
| | MAGISTRATE JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT (REC. DOC. 81)**

*Submission date: October 28, 2026*

NOW INTO COURT comes Plaintiff, Joshua Chronicles, who respectfully moves for leave to file the attached Supplemental Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement (Rec. Doc. 81), and states:

1. Defendant noticed its Motion to Enforce for submission on October 28, 2026. Plaintiff filed his opposition on October 11, 2026 (Rec. Doc. 84).

2. The attached Supplemental Memorandum (a) cites the July 1, 2026, transcript (Rec. Doc. 81-5) by page and line, (b) shows that Defendant's own memorandum describes the recited terms the same way Plaintiff does, (c) identifies the provisions of Defendant's proposed agreement that go beyond the recited terms, and (d) proposes conforming language. Plaintiff submits that this may allow the Court to resolve the motion on the existing documents without an evidentiary hearing.

3. Local Civil Rule 7.4 provides that memoranda may not be supplemented except with leave of court. The supplement is filed before October 20, 2026, the date eight days before the noticed submission under Local Civil Rule 7.5, and before the October 28 submission date. It is

not filed for delay, and Defendant will suffer no prejudice. Plaintiff asks that this motion be considered with Rec. Doc. 81 on the October 28 submission date.

4. Plaintiff acknowledges Local Civil Rule 83.2.11, under which counsel of record continues to represent a party until the Court permits withdrawal. Counsel's motion to withdraw (Rec. Doc. 78) has been pending since August 19, 2026. Plaintiff's former appointed counsel advised Plaintiff in writing on October 9, 2026 that he does not intend to file anything further. Plaintiff therefore files this motion on his own behalf and asks that the Court consider it together with Rec. Doc. 84, without waiver of his pending requests in Rec. Docs. 79 and 80 or his request that the Court clarify his representation status.

5. The reasons and authorities supporting this motion are stated above.

WHEREFORE, Plaintiff requests that the Court grant leave and file the attached Supplemental Memorandum into the record.

Respectfully submitted,

Joshua Chronicles, Plaintiff
Appearing on his own behalf pending the Court's ruling on Rec. Doc. 78
6324 Chef Menteur Hwy, Apt 209
New Orleans, LA 70126
325-280-3240
joshuachroniclescase@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I filed the foregoing through the Court's CM/ECF system, which will send notice to all counsel of record.

Joshua Chronicles