**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES**<br>**VERSUS**<br>**LOYOLA UNIVERSITY NEW ORLEANS** | **CIVIL ACTION NO. 25-2211**<br>**SECTION "C"(5)**<br>JUDGE WILLIAM J. CRAIN<br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**[PROPOSED] ORDER**

Considering Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement (Rec. Doc. 81),

IT IS ORDERED that the motion is GRANTED, and the Clerk shall file the Supplemental Memorandum into the record.

New Orleans, Louisiana, this ___ day of __________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE