**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Wednesday, October 14, 2026 3:38 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | New Profile_1_20261014112554215.PDF |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Wednesday, October 14, 2026 - 15:38.

The information for this submission is:

**Filer's Name:** Joshua Chronicles

**Filer's Email:** joshuachroniclescase@gmail.com

**Filer's Mailing Address:** 6324 Chef Menteur Hwy Apt 209 New Orleans, LA, 70126

**Filer's Phone Number:** 3252803240

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Motion for Leave to file Supplemental Memorandum