**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **V.** | **NO. 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION: C (5)** |

**ORDER**

Considering the *Ex Parte* Motion for Plaintiff's Counsel to Withdraw as Counsel and the *Ex Parte* Motion to Expedite Motion to Withdraw or to Extend Submission Date filed by plaintiff's counsel, William Most, on August 19 and October 8, 2026 (R. Docs. 78, 82); the Motion to Reopen Case, Motion for Appointment of Pro Bono Counsel, Motion for Status Conference, and Motion for Leave to File Supplemental Memorandum filed by plaintiff, Joshua Chronicles, on August 20, September 3, and October 14, 2026 (R. Docs. 79, 80, 85); and the Motion to Enforce Settlement Agreement filed by defendant, Loyola University New Orleans, on October 8, 2026 (R. Doc. 81);

**IT IS ORDERED** the *ex parte* motion to expedite motion to withdraw, *ex parte* motion for plaintiff's counsel to withdraw as counsel, motion for status conference, motion to reopen case, motion for appointment of pro bono counsel, motion to enforce settlement agreement, and motion for leave to file supplemental memorandum are **REFERRED** to United States Magistrate Judge Michael North for any hearings, if necessary, and recommendations pursuant to 28 U.S.C. § 636(b)(3).

New Orleans, Louisiana, this 15th day of October 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**
**HON. MICHAEL B. NORTH**