U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Oct 19 2026
CAROL L. MICHEL
CLERK
cf Mail

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOSHUA CHRONICLES

VERSUS

LOYOLA UNIVERSITY NEW ORLEANS

**Civil Action No. 2:25-cv-02211-WJC-MBN**

JUDGE WILLIAM J. CRAIN
MAGISTRATE JUDGE MICHAEL NORTH

**PLAINTIFF'S SECOND MOTION FOR STATUS CONFERENCE AND MOTION TO EXPEDITE RULING**

Plaintiff Joshua Chronicles, appearing pro se, respectfully renews his request that this Court schedule a status conference, and further requests that the Court expedite its ruling on the motions currently pending in this matter.

Three motions remain pending and unruled: Plaintiff's Ex Parte/Consent Motion to Withdraw William Most as Attorney (Doc. 78, filed August 19, 2026); Plaintiff's Motion to Reopen Case and Motion to Appoint Pro Bono Counsel (Doc. 79, filed August 20, 2026); and Plaintiff's Motion for Status Conference (Doc. 80, filed September 3, 2026). As of the filing of this motion, approximately two months have passed since Doc. 78 and 79 were filed, and over five weeks have passed since Doc. 80 was filed, without a ruling or scheduling order on any of the three.

Plaintiff remains unrepresented during this period. Plaintiff respectfully reiterates that the sixty-day period referenced in the Court's July 2, 2026, Order (Doc. 77) has lapsed, and that Plaintiff filed Doc. 79 within that period specifically to preserve his position and to bring the matter before the Court in a timely manner.

Plaintiff does not intend this motion as a criticism of the Court and recognizes that the Court manages a substantial docket. Plaintiff files this motion solely to ensure the matter remains

before the Court's attention and to respectfully request guidance on next steps, given that Plaintiff is proceeding without counsel.

For the foregoing reasons, Plaintiff respectfully requests that the Court schedule a status conference at its earliest convenience, or in the alternative, rule on Docs. 78, 79, and 80.

Respectfully submitted,

Joshua Chronicles

Joshua Chronicles
Plaintiff, Pro Se
6324 Chef Menteur Hwy., Apt. 209
New Orleans, LA 70126
joshuachroniclescase@gmail.com
(325) 280-3240

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of filing, I filed the foregoing motion using the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Joshua Chronicles

Joshua Chronicles
Plaintiff, Pro Se