JOSHUA CHRONICLES
6324 CHEF MENTEUR HWY
APT 209
NEW ORLEANS, LA
70126

SHREVEPORT LA 710
13 OCT 2026 PM 3 L




U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
ROOM C-151
500 POYDRAS STREET
NEW ORLEANS, LA
70130

70130-336731

RECEIVED
OCT 19 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK