**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **V.** | **NO. 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION: C (5)** |

**ORDER**

Considering the Second Motion for Status Conference and Motion to Expedite filed by plaintiff, Joshua Chronicles, on October 19, 2026 (R. Doc. 88);

**IT IS ORDERED** the motion is **REFERRED** to United States Magistrate Judge Michael North for any necessary hearings and recommendations pursuant to 28 U.S.C. § 636(b)(3).

New Orleans, Louisiana, this 21th day of October 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**
**HON. MICHAEL B. NORTH**