**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2211** |
| **LOYOLA UNIVERSITY OF NEW ORLEANS** | **SECTION "I"(5)** |

**ORDER**

Before the Court is the Motion to Supplement (rec. doc. 87) filed by Plaintiff.

**IT IS ORDERED** that the motion (rec. doc. 87) is **GRANTED**.

New Orleans, Louisiana, this 22nd day of October, 2026.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**