**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2211** |
| **LOYOLA UNIVERSITY OF NEW ORLEANS** | **SECTION "I"(5)** |

**ORDER**

Before the Court is a Motion for Status Conference (rec. doc. 80) and a second Motion for Status Conference (rec. doc. 88) filed by Plaintiff.

**IT IS ORDERED** that the motions (rec. docs. 80 and 88) are **DENIED WITHOUT PREJUDICE.** The Court sees no reason for a status conference at this time.

New Orleans, Louisiana, this 22nd day of October, 2026.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**