U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Oct 24 2026
CAROL L. MICHEL
CLERK
cf EDSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA CHRONICLES<br>VERSUS<br>LOYOLA UNIVERSITY NEW ORLEANS | CIVIL ACTION NO. 25-2211<br>SECTION "C"(5)<br>JUDGE WILLIAM J. CRAIN<br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT (REC. DOC. 81)**

*Submission date: October 28, 2026*

NOW INTO COURT comes Plaintiff, Joshua Chronicles, who respectfully moves for leave to file the attached Sur-Reply to Defendant's Reply Memorandum (Rec. Doc. 90), and states:

1. Defendant noticed its Motion to Enforce (Rec. Doc. 81) for submission on October 28, 2026. Plaintiff filed his opposition (Rec. Doc. 84) and a supplemental memorandum (Rec. Doc. 85).

2. On October 23, 2026, Defendant filed a reply memorandum (Rec. Doc. 90). The reply makes an argument that Defendant did not make in its original memorandum: that the language Defendant proposed on August 7, 2026 "mirrors" a confidentiality provision in the July 27, 2026 draft and was therefore "already agreed to." (Rec. Doc. 90 at 2.) Defendant's original memorandum rested instead on the objection that Plaintiff's edit would let him initiate conversations. (Rec. Doc. 81-1 at 4-5.) Plaintiff has had no opportunity to respond to the new argument.

3. Local Civil Rule 7.4 provides that memoranda "may not be supplemented, except with leave of court," and Local Civil Rule 7.2 provides that after the noticed submission date "no

further briefing will be allowed, except with prior leave of court." Plaintiff requests leave under those rules. The attached Sur-Reply is limited to the new argument, is filed before the October 28 submission date, and will not prejudice Defendant.

4. Because Defendant's reply was filed five days before the submission date, the fifteen-day notice period in Local Civil Rule 7.2 cannot be met. Plaintiff asks the Court to consider this motion together with Rec. Doc. 81 on October 28, 2026.

5. Counsel's motion to withdraw (Rec. Doc. 78) was filed on August 19, 2026. Plaintiff's former appointed counsel advised Plaintiff in writing on October 9, 2026, that he does not intend to file anything further. Plaintiff therefore files this motion on his own behalf and asks that the Court consider it, without waiver of his pending requests concerning representation.

WHEREFORE, Plaintiff requests that the Court grant leave and file the attached Sur-Reply into the record.

Respectfully submitted,

Joshua Chronicles, Plaintiff, appearing on his own behalf
6324 Chef Menteur Hwy, Apt 209
New Orleans LA, 70126
325-280-3240
joshuachroniclescase@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2026, I submitted the foregoing to the Clerk of Court through the Court's electronic document submission system, and that notice will be sent to counsel of record for Defendant through the Court's CM/ECF system.

Joshua Chronicles