**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES**<br>**VERSUS**<br>**LOYOLA UNIVERSITY NEW ORLEANS** | **CIVIL ACTION NO. 25-2211**<br>**SECTION "C"(5)**<br>JUDGE WILLIAM J. CRAIN<br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**[PROPOSED] ORDER**

Considering Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Enforce Settlement Agreement (Rec. Doc. 81),

IT IS ORDERED that the motion is GRANTED, and the Clerk shall file the Sur-Reply into the record.

New Orleans, Louisiana, this ___ day of __________, 2026.

_________________________________
UNITED STATES DISTRICT JUDGE