**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2211** |
| **LOYOLA UNIVERSITY OF NEW ORLEANS** | **SECTION "C"(5)** |

**ORDER**

Before the Court is Plaintiff's to Leave for File Sur-Reply in Opposition to Defendant's Motion to Enforce Settlement Agreement. (Rec. doc. 93).

**IT IS ORDERED** that the motion (rec. doc. 93) is **GRANTED**.

New Orleans, Louisiana, this 3rd day of November, 2026.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**