# APPENDIX A
## COMPARISON OF THE JULY 27 VERSION, THE AUGUST 7 TEXT, AND THE RECITED TERMS

| **Topic** | **July 27 version signed by Plaintiff (Rec. Doc. 81-6)** | **Defendant's August 7 text and Exhibit 1 (Rec. Docs. 81-7, 81-2)** | **Recited July 1, 2026 (Rec. Doc. 81-5)** |
|---|---|---|---|
| Who may be answered | "questions from other colleges and universities, schools, state bars, and character & fitness examiners" (81-6 at 17) | Only when "directly asked in writing" by a bar admissions authority, law school, or character & fitness examiner (81-2 at 5) | "questions from other schools, other law schools, state bars, and character and fitness examiners" (81-5 at 4:15-17) |
| What may be asked | Any question; Plaintiff's edit permits disclosing that the matter was resolved and the transcript notation removed (81-6 at 17) | Only "whether this matter was resolved" (81-2 at 5) | Any question |
| Wording | No prescribed wording | "the following language only" (81-2 at 5) | "truthfully respond" (81-5 at 4:15-16) |
| Content | No statement that the agreement is confidential | Must say "subject to a confidential Settlement Agreement" (81-2 at 5) | No confidentiality term recited |
| Transcript and academic records | No ban | "Under no circumstances" any "information regarding any change to his transcript or other academic records" (81-2 at 5) | Notation removal is a recited term (81-5 at 3:5-7); no ban on truthful answers |
| Loyola's parallel right | Loyola "can respond truthfully" (81-6 at 16) | Same; Loyola may "respond truthfully" to the same examiners (81-2 at 4) | "can respond truthfully" (81-5 at 4:2-5) |

## APPENDIX B
## RECITED TERMS ON COMMUNICATIONS

Loyola agrees not to initiate contact with third parties about Mr. Chronicles except as required by law, regulation, or preexisting contract, but can respond truthfully in such reporting and also if contacted by a third party. (Rec. Doc. 81-5 at 4:2-5.)

Mr. Chronicles agrees not to disparage Loyola University or its current or former employees/staff under his own name or anonymously or under the identity of someone else except that he may truthfully respond to questions from other schools, other law schools, state bars, and character and fitness examiners. (Rec. Doc. 81-5 at 4:12-17.)