**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 25-2211** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **SECTION: "C" (5)** |

**Order**

Considering the *Ex Parte Motion to Expedite Motion to Withdraw, or to Extend Submission Date*, filed by counsel of record for Plaintiff and the basis shown therefor, the motion is GRANTED. This Court shall either expedite consideration of the motion to withdraw, or shall extend the submission date for the motion to enforce settlement agreement.

DENIED

New Orleans, Louisiana this 9th day of November, 2026.

United States Magistrate Judge