UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA CHRONICLES** | **CIVIL ACTION NO. 25-2211** |
| **VERSUS** | **SECTION "C"(5)** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | JUDGE WILLIAM J. CRAIN |
| | MAGISTRATE JUDGE MICHAEL B. NORTH |

**ORDER**

Considering Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendant's Motion to Enforce Settlement Agreement (Rec. Doc. 85),

IT IS ORDERED that the motion is GRANTED, and the Clerk shall file the Supplemental Memorandum into the record.

New Orleans, Louisiana, this 9th day of November, 2026.

United States Magistrate Judge